## EDWARDS *v.* STATE OF INDIANA.

[No. 13,588.   Filed March 28, 1929.   Rehearing denied June 27, 1929.]

*Templer & Benadum,* for appellant.

*Arthur L. Gilliom,* Attorney-General, and *George J. Muller,* Deputy *Attorney-General,* for the State.

PER CURIAM.—Judgment affirmed.

## INLAND STEEL COMPANY *v.* GARCIA ET AL.

[No. 13,558.   Filed June 28, 1929.]

*William J. McAleer, Francis J. Dorsey, Gerald A. Gillett* and *James J. Clark,* for appellant.

*Kelly & Ryan,* for appellees.

PER CURIAM.—Affirmed.

## BAKER *v.* BAKER.

[No. 13,292.   Filed March 27, 1929.   Rehearing denied June 28, 1929.]

*Chauncey W. Duncan, Cecil Whitehead* and *Owen S. Boling,* for appellant.

*Bagot, Free & Bagot,* for appellee.

PER CURIAM.—Affirmed.